# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PATRICK,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:15-cv-00870-SAB<br><br>ORDER ON STIPULATION FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT FEES<br><br>(ECF No. 22) |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act ("EAJA") fees ("Stipulation"),

IT IS HEREBY ORDERED that fees in the amount of $7,000.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **August 17, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1